UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TERESA J. McMICHAEL,                                    Civil No. 09-840-HA

    Plaintiff,                                                      ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

HAGGERTY, District Judge:

    Based on the stipulation by the parties, plaintiff's counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $6,752.31, with no costs or expenses.

    This court concludes that plaintiff's counsel's Stipulation for EAJA Fees [33] is granted as follows: it is ordered that attorney Martin R. Cohen be paid $6,752.31 upon verification that plaintiff has no debt to the government which qualifies for offset against the awarded fees. *See Astrue v. Ratliff*, _ U.S. _, 130 S. Ct. 2521, 2527 (2010) (subjecting EAJA awards fees "to a federal administrative offset if the litigant has outstanding federal debts."). If plaintiff has such

1 -- ORDER

debt, then payment for any remaining funds after offset of the debt shall be made to plaintiff's attorney.

    IT IS SO ORDERED.

    DATED this 29th day of November, 2010.

                                                 /s/  Ancer L. Haggerty
                                                    Ancer L. Haggerty
                                              United States District Judge

2 -- ORDER